THE STATE EX REL. THORNTON, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Thornton v. Indus. Comm.* (2000), 90 Ohio St.3d 67.]

(No. 00–14—Submitted July 25, 2000—Decided September 20, 2000.)

*Elliott, Heller, Maas, Moro & Magill Co., L.P.A.,* and *Robert J. Foley, Jr.,* for appellant.

*Betty D. Montgomery,* Attorney General; and *Virginia Egan Fisher,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Vorys, Sater, Seymour & Pease, L.L.P., Margaret D. Everett* and *Matthew D. English,* for appellee B.O.C. Group, General Motors Corporation.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.